UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD SCHULZ, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 4:16-CV-01079 JAR |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

In light of Movant's amended motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. No. 13) and the Government's response thereto (Doc. No. 17),

**IT IS HEREBY ORDERED** that Movant's amended § 2255 motion [13] is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is set for resentencing on **Thursday, February 14, 2019 at 2:30 p.m. in Courtroom 12N**. Movant shall remain in custody pending the resentencing hearing.

**IT IS FURTHER ORDERED** that Movant shall advise the Court in writing **no later than January 10, 2019** whether he will waive his appearance at resentencing.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to docket a copy of this Memorandum and Order in the criminal case, United States v. Donald Schulz, No. 4:14-CR-00234-JAR-1.

Dated this 10th day of December, 2018.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

1